**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03412-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

VINCENT MARTIN,
MARVELLA HARBIN, and
VINCENT ROSS MARTIN,

    Plaintiffs,

v.

SHERMAN LEICHE,
VANNY VAUGHT,
WATCHTOWER SOCIETY,
PAUL BOURLESON,
JARED JOHNSON,
ARAPAHOE COUNTY SHERIFF'S DEPARTMENT,
SCOTTIE DAVIS, and
STATE OF COLORADO,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Vincent Martin initiated this action by submitting a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Mr. Martin subsequently submitted various other documents, including a motion to amend the complaint (ECF No. 5). Although the Complaint also lists two other individuals as Plaintiffs in the caption, only Vincent Martin has signed the Complaint. Furthermore, a *pro se* litigant may not represent other *pro se* litigants in federal court. *See* 28 U.S.C. § 1654. Therefore, Vincent Martin is the only proper Plaintiff in this

action at this time.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the submitted documents are deficient as described in this order. Plaintiff Vincent Martin will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1) ___ is not submitted
- (2) xx is not on proper form (<u>must use the court's current form</u>)
- (3) ___ is missing original signature by plaintiff/petitioner/applicant
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ other: _____.

**Complaint or Petition**:
- (9) ___ is not submitted
- (10) ___ is not on proper form (must use the court's current form)
- (11) ___ is missing an original signature by the plaintiff/petitioner/applicant
- (12) xx is incomplete (<u>no addresses are provided, no jurisdiction or claims are asserted</u>)
- (13) ___ uses et al. instead of listing all parties in caption
- (14) ___ names in caption do not match names in text
- (15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) ___ other _____

Accordingly, it is

ORDERED that Plaintiff Vincent Martin cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff Vincent Martin files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff Vincent Martin shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff Vincent Martin fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the motion to amend the complaint (ECF No. 5) is DENIED without prejudice and Plaintiff may make the proposed amendments in the amended complaint he has been ordered to file.

DATED January 7, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge